| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Betty Jackson** | Social Security number or ITIN | xxx–xx–9236 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Alabama** | Date case filed for chapter 13 | **September 28, 2016** |
| Case number: | 16–32735 | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**No one in the bankruptcy clerk's office may give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Betty Jackson | |
| 2. | **All other names used in the last 8 years** | aka Betty Nelson | |
| 3. | **Address** | 101 S Burbank Drive<br>Apt E–63<br>Montgomery, AL 36117 | |
| 4. | **Debtor's attorney**<br>Name and address | Joshua C. Milam<br>Shinbaum & Campbell<br>566 S. Perry Street<br>Montgomery, AL 36104 | Contact phone 334–269–4440<br>Email: jmilam@smclegal.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Sabrina L. McKinney [Acting]<br>P.O. Box 173<br>Montgomery, AL 36101 | Contact phone 334–262–8371 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | One Church Street<br>Montgomery, AL 36104 | Hours open 8:30 AM – 4:00 PM<br>Contact phone 334–954–3800<br>Date: September 29, 2016 |

**For more information, see page 2 >**

Case 16-32735   Doc 10   Filed 10/01/16   Entered 10/02/16 00:06:47   Desc Imaged
Certificate of Notice   Page 1 of 4

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 10, 2016 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Valid photo identification required.**<br>**No cell phones or cameras will be allowed in the building.** | **Location:**<br>**Frank M. Johnson, Jr. Federal Courthouse, (Lee St. entrance), Sec. 341 Meeting Room (105), Montgomery, AL 36104** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: January 9, 2017** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: February 8, 2017** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: _____** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. Claims can be filed electronically through the court's website at: www.almb.uscourts.gov/electronic–proof–claim.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation will be held:<br>Date: **December 19, 2016**, Time: **09:30 AM**, Location: **U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

In re:                                                          Case No. 16-32735-DHW
Betty Jackson                                                   Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 1127-2     User: admin          Page 1 of 2            Date Rcvd: Sep 29, 2016
                         Form ID: 309I        Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 01, 2016.
```
db         +Betty Jackson,    101 S Burbank Drive,    Apt E-63,    Montgomery, AL 36117-2782
tr         +Sabrina L. McKinney [Acting],    P.O. Box 173,    Montgomery, AL 36101-0173
3621845    +ARONOV HOME RENTALS, INC,    3500 EASTERN BLVD,    Montgomery, AL 36116-1781
3621847     BAPTIST HEALTH,    PO BOX 241145,    Montgomery, AL 36124-1145
3621849    +CENTRAL PARK APARTMENTS,    2400 CENTRAL PARKWAY,    Montgomery, AL 36106-3139
3621852     DEPARTMENT OF EDUCATION/NAVIENT,    PO BOX 9655,    Wilkes Barre, PA 18773-9655
3621854     EASY MONEY,    2446 EAST SOUTH BLVD,    Montgomery, AL 36116
3621841     EQUIFAX INFORMATION SERVICES LLC,    P.O. BOX 740241,    Atlanta, GA 30374-0241
3621843     EXPERION,    P.O. BOX 9701,    Allen, TX 75013-9701
3621855    +Freedom Debt Relief,    1875 South Grant Street, Suite 400,    San Mateo, CA 94402-2676
3621857    +GREAT AMERICAN CASH ADVANCE,    C/O RICHARD C. DEAN, ESQ.,    PO BOX 1028,
             Montgomery, AL 36101-1028
3621858   ++GUARDIAN CREDIT UNION,    1789 CONGRESSMAN W L DICKNSON DR,    MONTGOMERY AL 36109-2601
            (address filed with court: Guardian Credit Union,     418 Madison Ave,    Montgomery, AL 36104)
3621859    +HOLLOWAY CREDIT SOLUTION,    1286 CARMICHAEL WAY,    Montgomery, AL 36106-3645
3621860    +JACKSON HOSPITAL,    1725 PINE STREET,    Montgomery, AL 36106-1117
3621863    +PNC BANK,    2730 LIBERTY AV,    Pittsburgh, PA 15222-4747
3621864    +RED LION APARTMENTS,    4726 Narrow Ln Rd,    Montgomery, AL 36116-2960
3621866    +SHAWN MCCASKILL,    3131 RANE DRIVE,    Montgomery, AL 36108-3813
3621867    +SMILE MAKERS,    4635 WOODMERE BLVD,    Montgomery, AL 36106-2900
3621842     TRANSUNION CONSUMER SOLUTIONS,    P.O. BOX 2000,    CHESTER, PA 19022-2000
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty         E-mail/Text: jmilam@smclegal.com Sep 29 2016 21:01:32     Joshua C. Milam,
             Shinbaum & Campbell,    566 S. Perry Street,    Montgomery, AL 36104
tr         +E-mail/Text: trustees_office@ch13mdal.com Sep 29 2016 21:02:18      Sabrina L. McKinney [Acting],
             P.O. Box 173,    Montgomery, AL 36101-0173
3621846    +E-mail/Text: bk@avantcredit.com Sep 29 2016 21:02:09     AVANT CREDIT,    640 N LA SALLE DR,
             SUITE 535,    Chicago, IL 60654-3731
3621848    +EDI: WFNNB.COM Sep 29 2016 20:48:00      CB/EXPRESS,    P.O. BOX 182789,
             Columbus, OH 43218-2789
3621850    +EDI: WFNNB.COM Sep 29 2016 20:48:00      COMENITY BANK/VCTRSS,    P.O. BOX 182789,
             Columbus, OH 43218-2789
3621851    +EDI: RCSFNBMARIN.COM Sep 29 2016 20:48:00      CREDIT ONE BANK,    585 S. PIOLT STREET,
             Las Vegas, NV 89119-3619
3621853    +EDI: CONVERGENT.COM Sep 29 2016 20:48:00      DIRECT TV,    C/O  ERS,    P O BOX 9004,
             Renton, WA 98057-9004
3621856    +EDI: CCS.COM Sep 29 2016 20:48:00      GEICO,    C/O CREDIT COLLECTION SERVICES,
             2 WELLS AVE, DEPT 9136,    Newton Center, MA 02459-3225
3621861    +EDI: MID8.COM Sep 29 2016 20:48:00      Midland Funding,    8875 Aero Drive Suite 200,
             San Diego, CA 92123-2255
3621862    +EDI: NFCU.COM Sep 29 2016 20:48:00      NAVY FEDERAL CREDIT UNION,    ONE SECURITY PLACE,
             P.O. BOX 118337,    Merrifield, VA 22119-0001
3621865    +EDI: DRIV.COM Sep 29 2016 20:48:00      SANTANDER CONSUMER USA,
             8585 N. STEMMONS FWY, STE 1100-N,    Dallas, TX 75247-3822
3621869    +EDI: RMSC.COM Sep 29 2016 20:48:00      SYNCB/CARE CREDIT,    P.O. BOX 965036,
             Orlando, FL 32896-5036
3621870    +EDI: RMSC.COM Sep 29 2016 20:48:00      SYNCB/JCP,    4125 WINDWARD PLAZA,
             Alpharetta, GA 30005-8738
3621871    +EDI: RMSC.COM Sep 29 2016 20:48:00      SYNCB/WALMART,    4125 WINWARD PLAZA,
             Alpharetta, GA 30005-8738
3621868    +E-mail/Text: bankruptcy@speedyinc.com Sep 29 2016 21:01:43      Speedy Cash,
             1501 Eastern Bypass,    Montgomery, AL 36117-1605
3621872     E-mail/Text: bankruptcy@tritonmgt.com Sep 29 2016 21:02:07      THE MONEY STORE,
             2851-A E. SOUTH BLVD,    Montgomery, AL 36116
3621873     EDI: USAA.COM Sep 29 2016 20:48:00      USAA,    10750 Mcdermott Fwy,
             San Antonio, TX 78288-0570
3621874     EDI: VERIZONWIRE.COM Sep 29 2016 20:48:00      VERIZON WIRELESS,    ONE ALPHARETTA PLACE,
             Alpharetta, GA 30004
3621875     E-mail/Text: vci.bkcy@vwcredit.com Sep 29 2016 21:01:56      VW CREDIT,    2333 WAUKEEGAN RD,
             Deerfield, IL 60015
3621876     E-mail/Text: ebankruptcy@woodforest.com Sep 29 2016 21:01:59      Woodforest National Bank,
             P O Box 7889,    The Woodlands, TX 77387-7889
                                                                                              TOTAL: 20

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3621844   ##+ALABAMA  TITLE LOANS,    840 W FAIRVIEW AVE,    Montgomery, AL 36108-4117
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2016                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2016 at the address(es) listed below:
NONE.                                                                                              TOTAL: 0