IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:

BETTY JACKSON
SSAN: XXX-XX-9236

Debtor(s)

Case No. 16-32735-DHW
Chapter 13

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on September 28, 2016.

2. The debtor(s) §341 Meeting of Creditors was held November 10, 2016.

3. The debtor(s) overall pay record is 25%.

(**X**) It is the Trustee's contention that this debtor(s) plan is not feasible. As grounds for said objection the Trustee would offer that the debtor(s) percentage pay record as cited above.

(**X**) The following creditor was not listed in the debtor(s)' schedules but filed their claim as secured or priority. The debtor(s)' plan fails to make provisions for this claim:

  Creditor: SANTANDER CONSUMER USA
  Trustee's Claim Number: 34
  Account Number: 5364 VEH/ARRS - NO PROV 2012 CHEVROLET MALIBU
  Claim Amount: $72.00
  Court Claim Number: 1
  Claim Filed As: SECURED VEHICLE ARREARS DEBT

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s) plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this December 12, 2016.

                    Sabrina L. McKinney
                    Acting Chapter 13 Trustee

By: /s/*Tina J. Hayes*
     Tina J. Hayes
     Staff Attorney

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL  36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: hayest@ch13mdal.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this  December 12, 2016.

Copy to: DEBTOR(S)
         JOSHUA C MILAM

/s/*Tina J. Hayes*
Tina J. Hayes
Staff Attorney