The relief described hereinbelow is SO ORDERED

Done this 6th day of February, 2017.

*Dwight A. Williams, Jr.*

**Dwight H. Williams, Jr.**
**United States Bankruptcy Judge**



_____

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE:

| | | |
|---|---|---|
| | ) | 16-32735-DHW-13 |
| Betty Jackson | ) | CHAPTER 13 |
| xxx-xx-9236 | ) | |
| | ) | |
| Debtor, | ) | |

AGREED ORDER ON MOTION FOR RELIEF FROM STAY AS TO DEBTOR
AND CO-DEBTOR FILED BY SANTANDER CONSUMER USA, INC.

     This matter came before the Court upon notice and hearing on the Motion For Relief From Stay as to Debtor and Co-Debtor Stay filed by Santander Consumer USA, Inc. ("Santander"). The parties having announced settlement in this matter, and upon good cause having been shown, it is hereby ORDERED as follows:

     1.    The collateral which is the subject of this Order is a 2012 Chevrolet Malibu VIN: 1G1ZC5EU2CF364423.

     2.    Santander and the Debtor acknowledge the collateral has been wrecked and is a total loss.

     3.    The Motion For Relief From Stay as to the aforesaid collateral is granted as to Debtor and Co-Debtor and Santander is free to dispose of the salvage to Allstate Insurance Company.

4. The Debtor will use her reasonable and best efforts to cooperate in concluding a settlement with her insurance carrier by executing a power of attorney and any other documents necessary to enable Santander to obtain the insurance proceeds.

5. Allstate Insurance Company is directed to issue a check for the insurance proceeds in the amount of $7,430.28 to Santander. Santander shall apply said proceeds to the balance of $12,747.69 owed on its secured proof of claim. The unpaid balance of Santander's claim shall remain as a general unsecured claim.

6. After the secured claim of Santander is paid in full, Santander shall release its lien on the collateral and tender the title to Allstate Insurance Company.

7. The automatic stay shall lift as to the Co-Debtor to all Santander to collect any portion of its unsecured claim not paid through the Debtor's plan.

8. By consent of the parties the provisions of Rule 4001(a)(3) are waived and relief from the automatic stay shall be effective immediately.

# # # END OF ORDER # # #

This order has been consented to by counsel for the Debtor and the Trustee.

Submitted by:

/s/ Allan M. Trippe
Allan M. Trippe
Monroe, Trippe & Brown, LLP
P. O. Box 531103
Birmingham, Alabama 35253
(205) 879-9220
allantrippe@lawbham.com